

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David Lee Clement, Jr.,                    * From the 271st District
                                             Court of Wise County,
                                             Trial Court No. CR16160.

Vs. No. 11-13-00055-CR                     * March 20, 2015

The State of Texas,                        * Opinion by Bailey, J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion.